UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) 2:04-cr-311-PMP-LRL<br>) |
| vs. | )<br>) |
| TRACY LLWELLYN POWELL, | )<br>) |
| Defendant. | )<br>) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#16) on March 31, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

**Name of Payee:** U.S. BANK

**Total Amount of Restitution Ordered: $15,339.50**

Dated this _22_ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE